**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 21-7151**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

RODNEY ANTON WILLIAMSON,

          Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:06-cr-00474-NCT-1)

Submitted:  January 20, 2022          Decided:  January 25, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rodney Anton Williamson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Anton Williamson appeals the district court's orders denying his motion for compassionate release and denying his motions for reconsideration. We have reviewed the record and find no abuse of discretion. Accordingly, we deny Williamson's motion for appointment of counsel and affirm for the reasons stated by the district court. *United States v. Williamson*, No. 1:06-cr-00474-NCT-1 (M.D.N.C. Jan. 29, 2021; Mar. 8, 2021; May 24, 2021; & July 22, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*